UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC T. DREW,

        Plaintiff,                         Civil Action No.
                                              13-CV-11460

vs.

                                              HON. MARK A. GOLDSMITH

ENTERPRISE LEASING OF DETROIT,
LLC, et al.,

        Defendants.
_____/

**ORDER**
**(1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED FEBRUARY 27, 2015 (Dkt. 38), (2) GRANTING DEFENDANT ENTERPRISE'S MOTION TO DISMISS (Dkt. 23),**
**and**
**(3) DISMISSING DEFENDANT ENTERPRISE FROM THE CASE**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on February 27, 2015. In the R&R, the Magistrate Judge recommends that Defendant Enterprise Leasing of Detroit, LLC's ("Enterprise") motion to dismiss be granted and Defendant Enterprise be dismissed from the case. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Defendant Enterprise's motion to dismiss is granted (Dkt. 23) and the claims against Defendant Enterprise are dismissed with prejudice.

      SO ORDERED.


Dated:  March 17, 2015              s/Mark A. Goldsmith
      Detroit, Michigan             MARK A. GOLDSMITH
                                 United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2015.

s/Johnetta M. Curry-Williams
Case Manager
