UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC T. DREW,

              Plaintiff,                                Civil Action No. 13-CV-11460

vs.

                                      HON. MARK A. GOLDSMITH

ENTERPRISE LEASING OF
DETROIT, LLC, et al.

              Defendants.

_____/

**ORDER**
**ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF**
**THE MAGISTRATE JUDGE DATED APRIL 7, 2015 (Dkt. 41) AND DISMISSING**
**WENDY CLOUTIER FROM THE CASE**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on April 7, 2015.  In the R&R, the Magistrate Judge recommends that Defendant Wendy Cloutier be dismissed sua sponte from the case. The parties have not filed objections to the R&R, and the time to do so has expired.  See Fed. R. Civ. P. 72(b)(2).  The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons.  Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court.  Accordingly, Defendant Wendy Cloutier is dismissed from the case without prejudice.

      SO ORDERED.


Dated:  May 1, 2015                  s/Mark A. Goldsmith
   Detroit, Michigan               MARK A. GOLDSMITH
                                United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2015.

                               s/Johnetta M. Curry-Williams
                                Case Manager